IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

BRICKLAYERS and ALLIED )
CRAFTWORKERS INTERNATIONAL )
LOCAL UNION NO. 8 OF ILLINOIS, )
)
    and )
)
CENTRAL ILLINOIS BRICKLAYERS )
HEALTH & WELFARE PROGRAM )
OF THE SOUTHWEST ILLINOIS )
BRICKLAYERS HEALTH & )
WELFARE FUND, JACK HUGHEY, )
JOHN D. MOORE, DENNIS R. )
HUMMERT, ED JACOBS, JEFF )
BECKER, RODNEY VASQUEZ, MARK )
VASQUEZ, and GREG SCHNIERS, )
Trustees, )
    and )
)
BRICKLAYERS & TROWEL TRADES )
INTERNATIONAL PENSION PLAN, )
EUGENE GEORGE, MATTHEW )
AQUILINE, GREGORY R. HESS, )
MICHAEL SCHMERBECK, WILLIAM )
McCONNELL, ROBERT HOOVER, )
CHARLES COSTELLA, JOHN )
TRENDELL, JOHN FLYNN, JAMES )
BOLAND, KEN LAMBERT, HENRY )
KRAMER, GERARD SCARANO, )
GERARD O'MALLEY, TIM DRISCOLL, )
Trustees, )
)
    and )
)
BRICKLAYERS LOCAL #8 OF ILLINOIS )
AND EMPLOYERS PENSION PLAN, )
DANIEL W. MCCALL, GREGORY A. )
PETRY, DAVID TOENJES, JAMES )
BLANEY, ROBERT ALDRIDGE, )
WILLIAM O'KANE, EDGAR HUMM, JR.,)
LARRY KNOUS, STEVEN MORTHOLE, )
KURT BAUM, TRAVIS BAKER, and )
VAUGHN RENFRO, Trustees, )

1

|  |  |
|---|---|
| and | ) |
|  | ) |
| MURPHYSBORO CHAPTER BRICK MASONS JOINT APPRENTICE TRAINING PROGRAM, DAN McCALL, EDGAR HUMM, CHARLES HARRIS, DEBBIE CHARLES, BILL GAUCH, and ROY PEEBELS, Trustees, | ) |
|  | ) |
| and | ) |
|  | ) |
| INTERNATIONAL MASONRY INSTITUTE, JAMES BOLAND, FRED KINATEDER, MATTHEW AQUILINE, TED CHAMP, BRUCE DEXTER, TIM DRISCOLL, EUGENE GEORGE, GREGORY HESS, ROBERT HOOVER, MARK KING, HENRY KRAMER, KEN KUDELA, DAN KWIATKOWSKI, KEN LAMBERT, JEREMIAH P. SULLIVAN, JR., WILLIAM McCONNELL, ED NAVARRO, JIM O'CONNOR, JOHN PHILLIPS, CHARLES RASO, MARK ROSE, KEVIN RYAN, GERARD SCARANO, MICHAEL SCHMERBECK, JOSEPH SPERANZA, RICHARD E. TOLSON, JOHN TRENDELL, Trustees, | ) |
|  | ) |
| and | ) |
|  | ) |
| MASONRY INSTITUTE OF SOUTHERN ILLINOIS, | ) |
|  | ) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
|  | ) |
| WHITEHEAD CONCRETE & MASONRY, INC., | ) |
|  | ) |
| Defendant. | ) |

## **COMPLAINT**

COME NOW Plaintiffs, by and through their attorneys, and allege and state as follows:

1. Jurisdiction of this cause of action and the parties hereto is conferred upon this Court by subsections (a), (b) and (c) of Section 301 of the Labor Management Relations Act of 1947, as amended (29 U.S.C. §185).

2. Jurisdiction of this cause of action and the parties hereto is conferred upon this Court by Sections 502(e)(1) and 502(f) of the Employee Retirement Income Security Act of 1974, P.L. 93-506, 29 U.S.C. §1132(e)(1) and (f), sometimes hereinafter referred to as "ERISA."

3. Plaintiff Bricklayers and Allied Craftworkers International Union Local 8 of Illinois (hereinafter "the Union") is an unincorporated association comprised of persons in the general business of masonry and brick construction and repair and is a labor organization within the meaning of Section 2(5) of the Labor Management Relations Act of 1947, as amended (29 U.S.C. §152), representing employees in an industry affecting commerce within the meaning of Section 301 of the Labor Management Relations Act of 1947, as amended, (29 U.S.C. §185).

4. Plaintiff Central Illinois Bricklayers Health & Welfare Program of the Southwest Illinois Bricklayers Health & Welfare Fund (hereinafter "the Welfare Fund") is an employee benefit plan within the meaning of Section 3(3) and Section 502(d)(1) of ERISA and is a multiemployer plan within the meaning of Section 3(37)(A) of ERISA. Plaintiffs Jack Hughey, John D. Moore, Dennis R. Hummert, Ed Jacobs, Jeff Becker, Rodney Vasquez, Mark Vasquez, and Greg Schniers are the members of the Joint Board

of Trustees of the Welfare Fund, which Board administers said Welfare Fund and as such are fiduciaries within the meaning of Section 502(a) and Section 502(d)(1) of ERISA.

5. Plaintiff Bricklayers & Trowel Trades International Pension Fund (hereinafter the "International Pension Plan") is an employee benefit plan within the meaning of Section 3(3) and Section 502(d)(1) of ERISA and is a multiemployer plan within the meaning of Section 3(37)(A) of ERISA. Plaintiffs James Boland, John J. Flynn, Ken Lambert, Gerard Scarano, Henry Kramer, Gerald O'Malley, Tim Driscoll, Eugene George, Matthew Aquiline, Gregory R. Hess, Michael Schmerbeck, William McConnell, Robert Hoover, Charles Costella, and John Trendell are the members of the Joint Board of Trustees of the International Pension Plan, which Board administers said Pension Plan and as such are fiduciaries within the meaning of Section 502(a) and Section 502(d)(1) of ERISA.

6. Plaintiff Bricklayers Local #8 and Employers Pension Plan (hereinafter "the Local Annuity Plan") is an employee benefit plan within the meaning of Section 3(3) and Section 502(d)(1) of ERISA and is a multiemployer plan within the meaning of Section 3(37)(A) of ERISA. Plaintiffs Daniel W. McCall, Gregory A. Petry, David Toenjes, James Blaney, Robert Aldridge, William M. O'Kane, Edgar Humm, Jr., Larry Knous, Steven Morthole, Kurt Baum, Travis Baker, and Vaughn Renfro are the members of the Joint Board of Trustees of the Local Annuity Plan, which Board administers said Local Annuity Plan and as such, are fiduciaries within the meaning of Section 502(a) and Section 502(d)(1) of ERISA.

7. Plaintiff Murphysboro Chapter Brick Masons Joint Apprentice Training Program is an employee benefit plan within the meaning of Section 3(3) and Section

502(d)(1) of ERISA and is a multiemployer plan within the meaning of Section 3(37)(A) of ERISA. Plaintiffs Dan McCall, Edgar Humm, Charles Harris, Debbie Charles, Bill Gauch, and Roy Peebels are the members of the Joint Board of Trustees of the Apprentice Training Program and as such, are fiduciaries within the meaning of Section 502(a) and Section 502(d)(1) of ERISA.

8.  Plaintiff International Masonry Institute (hereinafter "IMI") is an employee benefit plan within the meaning of Section 3(3) and Section 502(d)(1) of ERISA and is a multiemployer plan within the meaning of Section 3(37)(A) of ERISA. Plaintiffs James Boland, Fred Kinateder, Jim Allen, Matthew Aquiline, Ted Champ, Bruce Dexter, Tim Driscoll, Eugene George, Gregory Hess, Robert Hoover, Mark King, Henry Kramer, Ken Kudela, Dan Kwiatkowski, Ken Lambert, Jeremiah P. Sullivan, Jr., William McConnell, Ed Navarro, Jim O'Connor, John Phillips, Charles Raso, Mark Rose, Kevin Ryan, Gerard Scarano, Michael Schmerbeck, Joseph Speranza, Richard E. Tolson, John Trendell are the members of the Joint Board of Trustees of the IMI and as such, are fiduciaries within the meaning of Section 502(a) and Section 502(d)(1) of ERISA.

9.  The Union is and was at all times material hereto the collective bargaining representative of all employees in its bargaining unit employed by defendant Whitehead Concrete & Masonry, Inc.

10.  At all material times, defendant Whitehead Concrete & Masonry, Inc. was an Illinois corporation in good standing engaged in the business of masonry and brick construction and repair in Illinois and was at all times material hereto an employer within

the meaning of Section 2(2) of the Labor Management Relations Act of 1947, as amended (29 U.S.C. §152).

11. Defendant Whitehead Concrete & Masonry, Inc. at all times material hereto employed members of the Union in the general business of masonry and brick construction and repair and related activities, and was engaged in activities affecting commerce within the meaning of subsections 2(6) and 2(7) of the Labor Management Relations Act of 1947, as amended (29 U.S.C. §152) and within the meaning of subsection 3(12) of ERISA.

12. At all relevant times, defendant Whitehead Concrete & Masonry, Inc. has been bound by a collective bargaining agreement with the Union.

13. The collective bargaining agreement requires defendant Whitehead Concrete & Masonry, Inc. to remit monthly report forms and monthly payments to the plaintiff Funds in specified amounts. The Pension Plan is administered within the meaning of Section 502(e)(2) of ERISA in Champaign, Illinois, within the boundaries of the United States District Court for the Central District of Illinois, Urbana Division.

14. The collective bargaining agreement also requires defendant Whitehead Concrete & Masonry, Inc. to pay all costs of collecting delinquent amounts (including court costs, audit fees and attorneys' fees). Interest, penalties and attorneys' fees are also required by Section 502(g)(2) of ERISA (29 U.S.C. §1132(g)(2)).

15. For the period of April 1, 2010 through September 30, 2011, defendant Whitehead Concrete & Masonry, Inc. owes plaintiffs $40,461.31.

16. Defendant Whitehead Concrete & Masonry, Inc. has failed to submit fringe benefit reports for the period of October 2011 to the present.

17. The collective bargaining agreement permits plaintiffs to audit the books and records of defendant Whitehead Concrete & Masonry, Inc.

18. Despite repeated demands, defendant Whitehead Concrete & Masonry, Inc. refused to submit to an audit.

19. Absent an audit, it is impossible to determine the amounts owed by defendant Whitehead Concrete & Masonry, Inc.

WHEREFORE, plaintiffs pray the Court as follows:

1. $40,461.31 as and for actual damages sustained by plaintiffs through September 30, 2011, plus all unpaid amounts owed subsequent to that date, if any;

2. For an interlocutory order requiring defendant to submit fringe benefit reports from October 2011 to the present;

3. For an interlocutory order of accounting requiring defendant to submit its books and records to an accountant selected by plaintiffs to determine the amounts owed to plaintiffs during the period of October 1, 2011 to date;

4. For a judgment against defendant based upon the findings of the audit;

5. For an order requiring defendant to make payments in the future to the employee benefit funds in accordance with the terms and provisions of the collective bargaining agreement, and such collective bargaining agreements as may be negotiated and executed in the future;

6. For interest, liquidated damages, costs, accounting fees and reasonable attorneys' fees pursuant to 29 U.S.C. §1132(g);

7. For such other and further relief as the Court may consider appropriate under the circumstances.

Respectfully submitted,

HAMMOND and SHINNERS, P.C.
7730 Carondelet Avenue, Suite 200
St. Louis, Missouri  63105
Phone: (314) 727-1015
Fax:     (314) 727-6804


　　　　　/s/ Michael A. Evans　　　　
MICHAEL A. EVANS
Attorneys for Plaintiffs


**CERTIFICATE OF SERVICE**

　　　The undersigned certifies that on February 24, 2012, the foregoing was electronically filed with the U.S. District Court, and a copy was mailed by certified mail, return receipt requested to the Secretary of Labor, United States Department of Labor, P.O. Box 1914, Washington, D.C.  20013 and to the Secretary of Treasury, United States Treasury, 15th and Pennsylvania Avenue, Washington, D.C.  20220.


　　　　　/s/ Michael A. Evans